UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case #11-81226-CIV-RYSKAMP\VITUNAC

CHARLES SEYMOUR, on behalf of himself and other
similarly situated employees,

    Plaintiff

vs.

UNIQUE RESTAURANT OF MIZNER
PARK, INC. d/b/a MAX'S GRILLE, a
Florida corporation, DENNIS MAX, an
individual and PATTI MAX, an individual,

    Defendants.
_____/

## UNOPPOSED MOTION TO CONTINUE DEADLINES IN FLSA SCHEDULING ORDER (DE 5) UNTIL COURT RULES ON MOTION FOR REMAND

Plaintiff, CHARLES SEYMOUR (the "Plaintiff"), on behalf of himself and other similarly situated persons, files this Motion to Continue Deadlines in FLSA Scheduling Order Until Court Rules on Motion for Remand, and states as follows:

The Plaintiff filed the instant case in Palm Beach Circuit Court on October 4, 2011, *solely* alleging minimum wage violations of *Florida law*. The Defendants removed this case to federal court (DE 1) on the basis that Plaintiff's state law claim implicated federal law. The Plaintiff vehemently disputes that, and filed a Motion for Remand (DE 6) because this Court lacks federal question jurisdiction. Because it has not been determined whether this Court has jurisdiction to hear this case, the Plaintiff respectfully requests that the Court continue the deadlines in the FLSA Scheduling Order (DE 5) as well as any other deadlines, until after the Court rules on the Motion for Remand (DE 6).

WHEREFORE, the Plaintiff respectfully requests this Court continue the deadlines in the FLSA Scheduling Order and other deadlines until the Court rules on the Motion for Remand, and grant any other relief it deems appropriate.

    Respectfully submitted,

    BOBER & BOBER, P.A.
    Attorneys for Plaintiff
    1930 Tyler St.
    Hollywood, Florida  33020
    Telephone: (954) 922-2298
    Facsimile: (954) 922-5455
    peter@boberlaw.com
    Counsel for Plaintiff

    _s/. Peter Bober_____

## CERTIFICATE OF GOOD FAITH

Pursuant Local Rule 7.3(b), counsel for Plaintiff certifies that he attempted to confer in good faith in the manner outlined in Local Rule 7.1(a)(3) to resolve the issue presented herein. The parties conferred, and the Defendants do not oppose the FLSA Scheduling Order deadlines being continued.

    _s/. Peter Bober_____

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s./ Peter Bober

## SERVICE LIST

Peter Bober, Esq.
BOBER & BOBER, P.A.
Attorneys for Plaintiff
1930 Tyler Street
Hollywood, FL 33020
Phone: (954) 922-2298
Fax: (954) 922-5455
peter@boberlaw.com
samara@boberlaw.com
Counsel for Plaintiff

AJ Yolofsky, Esq.
RUDEN MCCLOSKY P.A.
Florida Bar No. 0196428
200 East Broward Boulevard
15th Floor
Fort Lauderdale, Florida  33301
Telephone: (954) 527-6240
Fax: (954) 333-4240
Email: aj.yolofsky@ruden.com
Attorney for Defendants