UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case #11-81226-CIV-RYSKAMP\VITUNAC

CHARLES SEYMOUR, on behalf of himself and other
similarly situated employees,

    Plaintiff

vs.

UNIQUE RESTAURANT OF MIZNER
PARK, INC. d/b/a MAX'S GRILLE, a
Florida corporation, DENNIS MAX, an
individual and PATTI MAX, an individual,

    Defendants.
_____/

## **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY**

The Plaintiff, CHARLES SEYMOUR, by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, file this Unopposed Motion for Enlargement of Time for Plaintiff to File a Reply in support of his Motion for Remand, and states as follows:

On October 4, 2011, the Plaintiff filed a one-count Complaint in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida alleging violations only of the Florida Minimum Wage Amendment, Art. X, §24 of the Florida Constitution, and its implementing *state* statute. More specifically, the Plaintiff alleges the Defendants violated of the requirements for taking a "tip credit" against the *Florida* minimum wage. On November 4, 2011, the Defendants timely removed this case to federal court.

The Plaintiff filed a Motion for Remand on November 16, 2011 (DE 6), and the Defendants filed their Response in Opposition on December 12, 2011 (DE 13).

Due to the end-of-year holidays and the complexity of the subject matter at hand, the Plaintiff believes he will be unable to file his Reply brief by the current deadline of December 22, 2011.

The Plaintiff requests an extension of time through **January 5, 2012** by which time to file a Reply in support of the Motion for Remand. The extension of time will not prejudice the Defendants—they do not oppose the extension. Moreover, since the Court has not, yet, entered a Scheduling Order, no pretrial deadlines will be affected.

WHEREFORE, the Plaintiff respectfully requests the Court grant this Unopposed Motion for Extension of Time, give the Plaintiff an extension of time until **January 5, 2012** to file his Reply, and grant such further relief as the Court deems proper.

Respectfully submitted,

BOBER & BOBER, P.A.
Attorney for Plaintiff
1930 Tyler St.
Hollywood, FL 33020
(954) 922-2298 (phone)
(954) 922-5455 (fax)
peter@boberlaw.com
samara@boberlaw.com

By: s/. Peter Bober
PETER BOBER
FBN: 0122955

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1A(3)(a), counsel for Plaintiff certifies that he in good faith contacted opposing counsel to obtain Defendants' position on this Motion. Defendants do not oppose relief sought herein.

By: s/. Peter Bober

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    s/. Peter Bober

**SERVICE LIST**

Peter Bober, Esq.
BOBER & BOBER, P.A.
Attorneys for Plaintiff
1930 Tyler Street
Hollywood, FL 33020
Phone: (954) 922-2298
Fax: (954) 922-5455
peter@boberlaw.com
samara@boberlaw.com
Counsel for Plaintiff

A.J. Yolofsky, Esq.
Greenspoon Marder
Florida Bar No. 0196428
200 East Broward Boulevard
15th Floor
Fort Lauderdale, Florida  33301
Telephone: (954) 527-6240
Fax: (954) 333-4240
Email: aj.yolofsky@gmlaw.com
Attorney for Defendants